

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

REVAZ CHACHANASHVILI∫
URI HOROWITZ▲
DANIEL KOHN▲
YAAKOV SAKS▲*
JACOB SINGER▲
JUDAH STEIN▲

<u>LOCAL COUNSEL</u>
DANIEL RUGGIERO △
MICHAEL J. RINGELHEIM ◊
ROBERT TZALL Σ
ARYEH STEIN Ω
MARINA DZHAMILOVA ●
AVRAHAM CUTLER ‡
JONATHAN A. STIEGLITZ √

▲ *NJ & NY Bars*   ∫ *NY Bar*   △ *ME, MA, CT, RI, PA & FL Bars*   ◊ *FL & TX Bars*   Σ *NV & UT Bars*
Ω *MD, VA & DC Bars*   ● *WA Bar*   Ω *MD, VA & DC Bars*   ‡ *NY, AZ, & MN Bars*   √ *CA Bar*
\**Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT* ∫

February 20, 2018

The Honorable Mark Falk
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

<u>**Via ECF & Chambers Fax: (973) 645-3097**</u>

      Re:   <u>**Mayra Gatica v. Synchrony Bank**</u>
               <u>**Case No. 2:17-cv-00695-WJM-MF**</u>

Your Honor,

      We represent the Plaintiff, Mayra Gatica, in the above referenced action, and write in accordance with Your Honor's Individual Rules.

      We are pleased to report that the parties have reached an agreement to settle this case.

      Accordingly, the parties respectfully request that the Court remove the February 21, 2018 Settlement Conference from its calendar, and enter a Sixty-Day Order allowing for the parties to consummate a Settlement Agreement.

      We thank Your Honor and the Court for its kind considerations and courtesies.

                                                Sincerely Yours,

                                                 */s/ Yaakov Saks*
                                                Yaakov Saks

CC (via Email) Nana Japaridze Boyer, Esq. *Attorneys for Defendant* – nboyer@reedsmith.com